AVCO FINANCIAL SERVICES CONSUMER DISCOUNT
COMPANY ONE, INC. v. DIRECTOR,
DIVISION OF TAXATION.

June 12, 1984.

Petition for certification granted.  (See 193 *N.J.Super.* 503)

STATE IN THE INTEREST OF C.B.

June 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RICARDO SMITH.

June 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A.K.

June 12, 1984.

Petition for certification denied.